# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

| | |
|---|---|
| Jerome Carullo Sablan; Rona Sablan,<br><br>    Plaintiffs,<br><br>v.<br><br>Kirstjen Nielson, etc., et al,<br><br>    Defendants. | LACV 17-9307-VAP (Ex)<br><br>**Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants on all claims.

**IT IS SO ORDERED.**

Dated: 10/30/18

                                              Virginia A. Phillips
                                        Chief United States District Judge